# Third District Court of Appeal
## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0406
Lower Tribunal No. F98-42611
_____

**Billy Lamont Culpepper,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Billy Lamont Culpepper, in proper person.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee.

Before LINDSEY, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.